AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>Cory Davonta Smith, Jr.<br><br>10647474<br>2387-0816-0723-D<br>*Defendant* | Case No. 1:19cr28-1<br><br>**RECEIVED**<br>By PTaylor at 2:18 pm, Aug 16, 2023 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Cory Davonta Smith, Jr. , who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

SEE ATTACHED ORDER

Date: 08/16/2023

By: *Issuing officer's signature*
**Cheryl Dean Riley**

City and state: Martinsburg, West Virginia

Cheryl Dean Riley, Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/16/2023 , and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

For: **DUSM Erbes**
*Arresting officer's signature*
*Printed name and title*